Reza R. Ayazi, Esq.
Nevada Bar No. 15495
Winners Circle Injury Law Firm
6830 S. Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89118
702-900-7722
Email: RAyazi@wincnv.com
　　　　Lit@wincnv.com
Attorneys for Plaintiff, Kenneth Lewis

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LEWIS, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOE EMPLOYEE 1, an individual, DOE EMPLOYEE 2, an individual; DOES I through X, WALMART, INC., ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:  2:25-cv-00858-JAD-DJA<br><br>**CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |

　　　Notice is hereby given that, subject to approval of this Honorable Court, Plaintiff, KENNETH LEWIS, hereby substitutes Reza R. Ayazi, Esq., Nevada Bar No.: 15495, as counsel of record in the place and stead of Steven K. Parke, Esq., Nevada Bar No.: 12627 and Lynn R. Shoen, Esq., Nevada Bar No.: 1197.

　　　Contact information for new counsel is as follows:
Reza R. Ayazi, Esq.
Winners Circle Injury Law Firm
6830 S. Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89118

I hereby consent to the above and foregoing substitution.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　KENNETH LEWIS

I hereby consent to the above and foregoing substitution.

/s/ _____
Steven K. Parke, Esq. (12627)
Lynn R. Shoen, Esq. (1197)
THE LAW FIRM OF PARKE ESQUIRE
3111 S. Maryland Parkway
Las Vegas, Nevada 89109

1

I hereby accept the above and foregoing substitution.

/s/ _____
Reza R. Ayazi, Esq. (15495)
WINNERS CIRCLE INJURY LAW FIRM
6830 S. Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89118

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/1/2025