**Curtis R. Rawlings, Esq.**
Nevada Bar No. 6790
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LEWIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DOE EMPLOYEE 1, an individual DOE EMPLOYEE 2, an individual; DOES 1 through X, WALMART, INC., ROE CORPORATIONS I-X; inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00858-JAD-DJA<br>Honorable Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

Plaintiff, Kenneth Lewis, by and through his counsel of record, Reza Ayazi, Esq. of Winners Circle Injury Law Firm, and Defendant, Walmart, Inc., by and through its attorneys of record, Curtis Rawlings, Esq., of the law firm of Burger, Meyer & D'Angelo, LLP., hereby submit the instant Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3.

## I.

## PROCEDURAL HISTORY

This lawsuit involves allegations that Plaintiff, KENNETH LEWIS, suffered serious injuries relating to an alleged altercation on Defendant's premises. On September 18, 2024, Plaintiff filed his Complaint against Defendant, WALMART, INC., with the Eighth Judicial

District Court for Clark County, Nevada, and on March 12, 2025, Plaintiff filed his Amended Complaint. On April 7, 2025, Defendant, Walmart, Inc., filed its Answer denying Plaintiff's allegations and claims. On April 25, 2025, Plaintiff filed a Request for Exemption from Arbitration in which he outlined his claimed injuries and alleged damages. On May 16, 2025, Defendant filed its Petition for Removal and removed the matter to this Court based on diversity jurisdiction. On May 30, 2025, Defendant filed its Statement Regarding Removal. The parties participated in the FRCP Rule 26(f) conference on May 30, 2025, and the parties filed their Joint Discovery Plan and Scheduling Order on June 30, 2025.

## II.

## DISCOVERY COMPLETED

**To date, Plaintiff has completed the following discovery**:

- Plaintiff's NRCP 16.1 Initial Disclosure served May 28, 2025;

**To date, Defendant has completed the following discovery**:

- Defendant's Notice of Depositions Duces Tecum and Intent to Serve Subpoenas Duces Tecum (medical providers) served July 22, 2025;
- Defendant's FRCP 26 Disclosure served August 20, 2025;
- Defendant's First Set of Requests for Admissions to Plaintiff served August 20, 2025;
- Defendant's First Set of Interrogatories to Plaintiff served August 20, 2025; and,
- Defendant's First Set of Requests for Production of Documents served August 20, 2025.

## III.

## DISCOVERY REMAINING TO BE COMPLETED

- Deposition of Plaintiff;
- Depositions of Plaintiff's treating providers;
- Depositions of Defendant's PMK;
- Deposition of all percipient witnesses;
- Initial expert designations;
- Rebuttal expert designations;
- Depositions of Initial and Rebuttal Experts; and,

-2-
**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**

- Additional written discovery, as to all parties.

This is a security/premise liability matter for which, to the best of Defendant's knowledge, no claim was ever reported to Defendant following the alleged incident. New counsel has recently appeared for both parties and the parties are working diligently to advance this case forward, including answering written discovery and scheduling depositions of potential witnesses before the need to retain experts. With the current discovery deadlines rapidly approaching and a large amount of discovery yet to be completed, the parties have agreed to a ninety (90) day discovery extension to complete the remaining discovery. This extension will allow the parties to complete all outstanding discovery and move this case closer to trial.

## IV.

## PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Discovery Cutoff | 11/12/2025 | 2/12/2026 |
| Motions to Amend Pleadings/Add Parties | 08/14/2025 | Closed |
| Initial Expert Disclosures: | 09/12/2025 | 12/12/2025 |
| Rebuttal Expert Disclosures: | 10/13/2025 | 01/13/2026 |
| Dispositive Motions: | 12/12/2025 | 03/12/2026 |
| Joint Pre-Trial Order: | 01/12/2026 | 04/13/2026 |

///
///
///
///
///
///
///
///

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**

This is the first request for an extension of time in this matter and no trial date will be impacted by the extension as no trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this 12th day of September, 2025.  DATED this 12th day of September, 2025.

Respectfully submitted:  Approved as to Form and Content:

*/s/ Curtis Rawlings*  */s/ Reza Ayazi, Esq.*
By:_____  By:_____
CURTIS RAWLINGS, ESQ.  REZA R. AYAZI, ESQ.
Nevada Bar No.: 6790  Nevada Bar No.: 15495
725 S 8th Street, Suite 200  6830 S. Rainbow Boulevard, Ste 210
Las Vegas, Nevada 89101  Las Vegas, Nevada 89118
Attorney for Defendant  Attorney for Plaintiff
Walmart, Inc.  Kenneth Lewis

**IT IS SO ORDERED.**

DATED this 16th day of September, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

-4-
**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**

**Shirley B. Martinez**

| | |
|---|---|
| **From:** | Jennifer Mosley <JMosley@wincnv.com> |
| **Sent:** | Friday, September 12, 2025 2:46 PM |
| **To:** | Shirley B. Martinez; Reza Ayazi |
| **Cc:** | Curtis R. Rawlings; Jennifer Mosley |
| **Subject:** | RE: Lewis, Kenneth v Walmart, Inc./ 2:25-cv-00858-JAD-DJA |

Good afternoon,

Mr. Ayazi gives his permission to utilize his electronic signature on the revised Stipulation and Order.

Thank you.

# Jennifer L Mosley
Director of Litigation



C LC d/b/a Winners Circle Injury Law Firm
6830 S. Rainbow Blvd. #210
Las Vegas, Nevada 89118
702-900-7722
Direct Line: 702-844-7458

*The content of this email is intended for the person or entity to which it is addressed only. This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited.*