**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**Robert J. Im, Esq. (NV 16097)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com
       rim@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LEWIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DOE EMPLOYEE 1, an individual DOE EMPLOYEE 2, an individual; DOES 1 through X, WALMART, INC., ROE CORPORATIONS I-X; inclusive,<br><br>Defendants. | Case No.:   2:25-cv-00858-JAD-DJA<br>Honorable Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (SECOND REQUEST)** |

Plaintiff, Kenneth Lewis ("Plaintiff"), by and through his counsel of record, Reza Ayazi, Esq. of Winners Circle Injury Law Firm, and Defendant, Walmart, Inc. ("Defendant"), by and through its attorneys of record, Susan E. Gillespie, Esq. and Robert J. Im, Esq., of the law firm of Burger, Meyer & D'Angelo, LLP., hereby submit the instant Stipulation and Order to Extend Discovery Plan and Scheduling Order (Second Request) pursuant to LR IA 6-1 and LR 26-3.

## I.
## PROCEDURAL HISTORY

This lawsuit involves allegations that Plaintiff suffered serious injuries relating to an alleged altercation on Defendant's premises. On September 18, 2024, Plaintiff filed his Complaint against Defendant with the Eighth Judicial District Court for Clark County, Nevada, and on March 12, 2025,

Plaintiff filed his Amended Complaint. On April 7, 2025, Defendant filed its Answer denying Plaintiff's allegations and claims. On April 25, 2025, Plaintiff filed a Request for Exemption from Arbitration in which he outlined his claimed injuries and alleged damages. On May 16, 2025, Defendant filed its Petition for Removal and removed the matter to this Court based on diversity jurisdiction. On May 30, 2025, Defendant filed its Statement Regarding Removal. The parties participated in the FRCP Rule 26(f) conference on May 30, 2025, and the parties filed their Joint Discovery Plan and Scheduling Order on June 30, 2025. The parties submitted their first Stipulation and Order to Extend Discovery Plan and Scheduling Order on September 12, 2025 and the Order Granting the Stipulation was entered on September 16, 2025. (Dkt. 22.)

## II.

## DISCOVERY COMPLETED

- The parties have conducted a Rule 26(f) conference and served their respective Rule 26(a)(1) disclosures and supplements thereto.
- The parties have exchanged written discovery requests and are currently engaging in the meet and confer process regarding Plaintiff's November 17, 2025 responses to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff, originally served on August 20, 2025
- Defendant has issued subpoenas to Plaintiff's relevant medical providers.
- The deposition of Plaintiff is scheduled for December 15, 2025.

## III.

## DISCOVERY REMAINING TO BE COMPLETED

- Deposition of Plaintiff;
- Deposition of Defendant's 30(b)(6) Designee.
- Depositions of Plaintiff's treating providers;
- Deposition of all percipient witnesses;
- Initial expert designations;
- Rebuttal expert designations;

- Depositions of Initial and Rebuttal Experts; and,
- Continued subpoenas to Plaintiff's medical providers.
- Additional written discovery as needed at this action proceeds.

The parties are working diligently to advance this case forward and are investigating whether or not a third-party may be responsible for some or all of the tortious acts alleged in the Complaint. In Plaintiff's November 17, 2025 responses to Defendant's interrogatories and requests for production of documents, Plaintiff identified and provided a photograph of the individual who Plaintiff contends initiated the altercation at issue. The parties are investigating the matter and may separately need to bring a claim against this third-party and/or add a new defendant to this matter. Additionally, the parties are in the process of completing a meet and confer process regarding Plaintiff's responses to Defendant's written discovery that they intend to complete before Plaintiff's deposition on December 15. The parties would like to complete this remaining discovery and complete their respective investigations into whether or not a third-party was responsible for initiating the alleged altercation at issue before the need to retain experts as there is a possibility that some or all of the claims against Defendant may no longer be applicable and a third-party defendant or cross-defendant may be a necessary party to this case. With the current discovery deadlines rapidly approaching and a large amount of discovery yet to be completed, the parties have agreed to a ninety (90) day discovery extension to complete the remaining discovery and the aforementioned investigation. This extension will allow the parties to complete all outstanding discovery and move this case closer to trial.

## IV.

## PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff | 2/12/2026 | **05/13/2026** |
| Motions to Amend Pleadings/Add Parties | Closed | Closed |
| Initial Expert Disclosures: | 12/12/2025 | **03/12/2026** |
| Rebuttal Expert Disclosures: | 01/13/2026 | **04/13/2026** |
| Dispositive Motions: | 03/12/2026 | **06/10/2026** |
| Joint Pre-Trial Order: | 04/13/2026 | **07/13/2026** |

This is the second request for an extension of time in this matter and no trial date will be impacted by the extension as no trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this 20th day of November, 2025.     DATED this 20th day of November, 2025.

**BURGER, MEYER & D'ANGELO, LLP**          **WINNERS CIRCLE INJURY LAW FIRM**

*/s/ Robert J. Im*                          */s/ Reza R. Ayazi*
Tabetha A. Martinez, Esq.                   Reza R. Ayazi, Esq.
Robert J. Im, Esq.                          Nevada Bar No.: 15495
Susan E. Gillespie, Esq.                    6830 S. Rainbow Boulevard, Ste 210
Attorneys for Defendant                     Las Vegas, Nevada 89118
Walmart, Inc.                               Attorneys for Plaintiff Kenneth Lewis

**IT IS SO ORDERED.**

DATED this 25th day of November, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

-4-

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**