# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kenneth Lewis, | Case No. 2:25-cv-00858-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Walmart Inc.; et al., | |
| Defendants. | |

Plaintiff's counsel—Reza R. Ayazi, Esq. of Winners Circle Injury Law Firm—has moved to withdraw his representation of Plaintiff Kenneth Lewis, explaining that he and Lewis have irreconcilable differences. (ECF No. 26). The parties have also recently stipulated to extend discovery to give Lewis sufficient time to obtain new counsel. (ECF No. 28). Lewis has not responded to the motion to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion. The Court finds that Ayazi has met the requirements of LR IA 11-6(b). Lewis has also not responded, constituting his consent to the granting of the motion.

///

///

///

**IT IS THEREFORE ORDERED** that Reza R. Ayazi, Esq.'s motion to withdraw (ECF No. 26) is **granted**. The Clerk of Court is kindly directed to remove Ayazi as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Lewis' last known address to the civil docket and send a copy of this order to Lewis at his last known address:

Kenneth Lewis

7885 Blue Brook Drive

Las Vegas, NV 89147

DATED: March 11, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE