Tabetha A. Martinez, Esq.
Nevada Bar No. 14237
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
BURGER, MEYER & D'ANGELO, LLP
725 S 8th Street, Suite 200
Las Vegas, NV 89101
Mailing:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         asurur@burgermeyer.com
*Attorneys for Defendant*
*Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH LEWIS, an individual; | Case No.:      2:25-cv-00858-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)** |
| DOE EMPLOYEE 1, an individual DOE EMPLOYEE 2, an individual; DOES 1 through X, WALMART, INC., ROE CORPORATIONS I-X; inclusive, | As amended on page 4 |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their attorneys of records, stipulate to extend the discovery deadlines and submit a proposed amended discovery plan based on the following.

I.     DISCOVERY COMPLETED

The parties completed the following discovery:

• The parties conducted a Rule 26(f) conference and served their respective Rule 26(a)(1) disclosures and supplements thereto.

• The parties exchanged initial written discovery requests.

• Defendant issued subpoenas to Plaintiff's relevant medical providers.

II.    DISCOVERY REMAINING TO BE COMPLETED

The following discovery remains outstanding:

- Deposition of Plaintiff
- Deposition of Defendant's 30(b)(6) Designee
- Depositions of Plaintiff's treating providers
- Deposition of all percipient witnesses
- Expert designations
- Expert depositions
- Continued issuance of subpoenas to Plaintiff's medical providers as they are identified
- Additional written discovery as needed at this action proceeds
- Complete the meet and confer process for Plaintiff's November 17, 2025, responses to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff, originally served on August 20, 2025
- Subpoenas related to Plaintiff's prior and subsequent accidents and medical care providers as they continue to be identified

III.    THE REASONS WHY THE DEADLINE WAS NOT SATISFIED OR THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

This lawsuit involves claims by Plaintiff Lewis that he was injured during an alleged altercation on Walmart's premises. Lewis filed his original Complaint in the Eighth Judicial District Court for Clark County, Nevada on September 18, 2024, and later filed an Amended Complaint on March 12, 2025. Walmart filed its Answer on April 7, 2025, denying the allegations. On April 25, 2025, Lewis filed a Request for Exemption from Arbitration outlining his claimed injuries and damages. Walmart subsequently removed the matter to this Court on May 16, 2025, based on diversity jurisdiction, and filed its Statement Regarding Removal on May 30, 2025. The parties conducted their Rule 26(f) conference on May 30, 2025, and filed their Joint Discovery Plan and Scheduling Order on June 30, 2025.

This is the parties' third request to extend certain discovery deadlines. The Court has previously granted two stipulations to extend discovery deadlines. The first Stipulation was submitted on September 12, 2025 and granted on September 16, 2025 (ECF No. 22). The second Stipulation was submitted on November 21, 2025 and granted on November 25, 2025 (ECF No. 25). As explained below, there is good cause to extend the deadlines.

On November 17, 2025, Lewis produced a photograph of an individual he contends initiated the altercation. By January 4, 2026, Walmart was able to confirm that the individual depicted in Lewis's photograph was in fact a Walmart employee and not a third-party vendor. In the interim, Lewis's counsel asked to reschedule Lewis's December 15, 2025 deposition. Walmart requested new deposition dates for Lewis and sought to meet and confer regarding deficiencies in Lewis's written discovery responses. On January 13, 2026, Lewis's counsel proposed February 9, 16, and 23 for Lewis's deposition. Walmart noticed Lewis's deposition for February 23, 2026.

On February 18, 2026, Lewis's counsel informed Walmart that they intended to withdraw and asked that Lewis's February 23, 2026 deposition be vacated. Counsel for the parties decided to conduct a meet and confer on February 20, 2026, to address the impact of withdrawal on discovery, including the deposition of Lewis. During the meet and confer, Lewis's counsel advised that Lewis had been involved in a motorcycle accident and was hospitalized with a broken ankle.

The parties acknowledge that this stipulation is being submitted fewer than twenty-one (21) days before the current initial expert disclosure deadline of March 12, 2026. However, the timing is the result of counsel's ongoing meet and confer efforts regarding discovery deficiencies, the unexpected personal circumstances affecting Lewis and his counsel, the need to assess the impact of counsel's forthcoming withdrawal, and brief unavailability of Walmart's lead counsel during the week of February 23, 2026.

Taking into consideration all of these factors, there is good cause to extend certain discovery deadlines by ninety (90) days. The extension will allow counsel time to withdraw and, more importantly, provide Lewis the opportunity to retain counsel or determine if he intends to continue self-represented.

/ / /

BURGER, MEYER & D' ANGELO, LLP

IV.    PROPOSED AMENDED DISCOVERY PLAN

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff | 05/13/2026 | 08/11/2026 |
| Motions to Amend Pleadings/Add Parties | Closed | Closed |
| Initial Expert Disclosures: | 03/12/2026 | 06/12/2026 |
| Rebuttal Expert Disclosures: | 04/13/2026 | 7/13/2026 ~~07/11/2026~~ |
| Dispositive Motions: | 06/10/2026 | 09/10/2026 |
| Joint Pre-Trial Order: | 07/13/2026 | 10/13/2026 ~~10/10/2026~~ |

If dispositive motions are filed, the Joint Pre-Trial Order shall be filed thirty (30) days after the Court's decision on dispositive motions or further order of the Court.

Dated: March 3, 2026                                   Dated: March 10, 2026

**BURGER, MEYER & D'ANGELO, LLP**      **WINNERS CIRCLE INJURY LAW FIRM**

/s/Tabetha A. Martinez                              /s/ Reza R. Ayazi
Tabetha A. Martinez, Esq.                          Reza R. Ayazi, Esq.
Nevada Bar No.14237                                Nevada Bar No.: 15495
Ashlie L. Surur, Esq.                              6830 S. Rainbow Boulevard, Ste 210
Nevada Bar No. 11290                               Las Vegas, Nevada 89118
725 S 8th Street, Suite 200                        *Attorneys for Plaintiff*
Las Vegas, NV 89101                                *Kenneth Lewis*
*Attorneys for Defendant*
*Walmart, Inc*.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


DATED:___03/11/2026_____

-4-

BURGER, MEYER & D' ANGELO, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I personally served a true and correct copy of the foregoing STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST) by the following means:

_X_ CM/ECF

___ U.S. Mail

____Electronic Mail

___ Hand-Delivery

___ Delivery Service (e.g., FedEx, UPS)

___ Other means

to the following individuals:
REZA R. AYAZI, ESQ.
Nevada Bar No.: 15495
6830 S. Rainbow Boulevard, Ste 210
Las Vegas, Nevada 89118
rayazi@wincnv.com
Attorney for Plaintiff

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/Alexandria Raleigh
      Alexandria Raleigh

BURGER, MEYER & D' ANGELO, LLP

-5-

**Alexandria C. Raleigh**

| | |
|---|---|
| **From:** | Jennifer Mosley <JMosley@wincnv.com> |
| **Sent:** | Tuesday, March 10, 2026 4:46 PM |
| **To:** | Ashlie L. Surur; Riana Garcia; Amanda Rodriguez; Alexandria C. Raleigh |
| **Cc:** | Tabetha A. Martinez; Reza Ayazi; Brittany Turner; Jennifer Mosley |
| **Subject:** | RE: **SAO Approval Needed** RE: Lewis, Kenneth v Walmart, Inc. / 2:25-cv-00858-JAD-DJA |

Good afternoon,

Please note, Reza has now had an opportunity to review and has given his authority to utilize his signature on the proposed Stipulation. Thank you.

# Jennifer L Mosley
Director of Litigation



C LC d/b/a Winners Circle Injury Law Firm
6830 S. Rainbow Blvd. #210
Las Vegas, Nevada 89118
702-900-7722
Direct Line: 702-844-7458

*The content of this email is intended for the person or entity to which it is addressed only. This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited.*

**From:** Ashlie L. Surur <asurur@burgermeyer.com>
**Sent:** Monday, March 9, 2026 1:15 PM
**To:** Riana Garcia <rgarcia@burgermeyer.com>; Amanda Rodriguez <ARodriguez@wincnv.com>; Jennifer Mosley <JMosley@wincnv.com>; Alexandria C. Raleigh <araleigh@burgermeyer.com>
**Cc:** Tabetha A. Martinez <tmartinez@burgermeyer.com>; Reza Ayazi <RAyazi@wincnv.com>; Brittany Turner <bturner@wincnv.com>
**Subject:** RE: **SAO Approval Needed** RE: Lewis, Kenneth v Walmart, Inc. / 2:25-cv-00858-JAD-DJA
**Importance:** High

Hi Reza,

1